UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIVA D. BLACK,

        Plaintiff,

v.

DEPARTMENT OF STATE HOSPITALS, et al.,

        Defendants.

Case No. 22-cv-05037-JD

**ORDER OF DISMISSAL**

Re: Dkt. No. 20

Plaintiff, a former patient at Napa State Hospital filed a civil rights action. Court mail that the Clerk sent to plaintiff at his last known addresses has been returned as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is dismissed without prejudice. *See* Local R. 3-11(b). Defendants' motion for an extension (Dkt. No. 20) is denied.

**IT IS SO ORDERED.**

Dated: June 8, 2023

_____
JAMES DONATO
United States District Judge